James A. FULLARD, Plaintiff–Appellant,

v.

Thelma BLACKSTON; Allen L. Schwait; Roland Walker; Cassandra Costley, Defendants–Appellees.

No. 06–7373.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 22, 2006.

James A. Fullard, Appellant Pro Se.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Fullard appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Fullard's motion to stay and dismiss the appeal for the reasons stated by the district court. *Fullard v. Blackston,* No. 1:06–cv–01369–RDB (D. Md. filed June 6, 2006 & entered June 7, 2006). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*